ͨ

```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2004 NOV -9 PM 2:02

                                    by
                                       LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
AFRICK, J.
NOVEMBER 8, 2004          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS                                           NO. 00-172

ROSAIOUS ANTIONE WHITE                           SECTION "N"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X / ASST. U.S. ATTORNEY _MICHAEL MAGNER_ William Quinlan for
              X / PROBATION OFFICER _MICHAEL FULHAM_____
              __/ INTERPRETER,_____, SWORN  (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    _November 9, 2004 at 2:00 p.m._
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    _November 9, 2004 at 2:00 p.m._
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE KURT G. ENGELHARDT

```
DATE OF ENTRY
 NOV - 9 2004
```

__ Fee_____
__ Process____
X  Dktd_____
__ CtRmDep___
__ Doc. No.___