

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| ROSAIOUS ANTOINE WHITE | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully represents:

Rosaious Antoine White pleaded guilty in the Eastern District of Louisiana on November 1, 2000, for violations of Title 18, United States Code, Section 922(g)(1), relative to felon in possession of a firearm.

On February 7, 2001, Mr. White was sentenced to a term of 27 months of custody at the Bureau of Prisons, to be followed by a three (3) year term of supervised release upon release from prison. (A copy of the Judgment and Probation/Commitment Order is attached as Exhibit 1.)

The terms and conditions of Mr. White's supervised release are set forth in Exhibit 1 as well as in the Petition for Warrant or Summons for Offender Under Supervision, filed October 19, 2004. (A Copy of the Petition for Warrant or Summons for Offender Under Supervision is

DATE OF ENTRY
NOV 1 5 2004

attached as Exhibit 2 and incorporated by reference.) Mr. White violated the terms and conditions of his supervised release in the manner set forth in Exhibit 2.

**WHEREFORE**, the government prays that ROSAIOUS ANTOINE WHITE be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why the term of supervised release granted, should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_/s/ William Quinlan_
WILLIAM J. QUINLAN, JR.
Assistant United States Attorney
Bar Roll No. 22600
Hale Boggs Federal Building
500 Poydras Street, Suite 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3028

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ____ day of November, 2004.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| ROSAIOUS ANTOINE WHITE | * | |

\* \* \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that ROSAIOUS ANTOINE WHITE appear before this Court on the 15th day of December, 2004, at 9:30 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-467, New Orleans, Louisiana, to show cause, if any he can, why the term of supervised release granted to him should not be revoked.

New Orleans, Louisiana, this 12th day of November, 2004.

/s/ _____
UNITED STATES DISTRICT JUDGE

GOVERNMENT EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB -8 PM 3:10
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
| vs  ROSAIOUS WHITE | 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 | 00-172 "N" |
| 3402 Desire St, Apt C, N.O., LA 70126 | (SOCIAL SECURITY NO.) | (CASE NO./SECT.) |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,
the defendant appeared in person on this date -------------( Month Day Year  FEBRUARY 7, 2001 )

__ WITHOUT COUNSEL   However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel

X  WITH COUNSEL    Marion Floyd, Esq
(Name of Counsel)

Court Recorder: D. Malouse    Probation Officer: Cindy Arnold

PLEA: x GUILTY, and the court being satisfied __NOLO CONTENDERE __NOT GUILTY
that there is a factual basis for the plea.

There being a finding of    (__NOT GUILTY. Defendant is discharged.

(x GUILTY as to Count 4 of the Superseding Indictment on November 1, 2000

Defendant has been convicted as charged of the offense(s) of 18:922(g)(1); 18:924(a)(2); 18:2, Violation of the Federal Firearms Laws as charged in the Superseding Indictment

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 27 months, as to Count 4 of the Superseding Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years, as to Count 4 of the Superseding Indictment. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district in which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this court, and shall not possess a firearm. In addition to the standard conditions of supervision, the defendant shall comply with the following special conditions: 1) The defendant shall provide the probation officer with access to any requested financial information. 2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. 3) The defendant shall participate in an orientation and life skills program as directed by the probation officer. 4) The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. 5) The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. 6) The defendant shall obtain his GED  The Court finds that the defendant does not have the ability to pay a fine  The Court will waive the fine in this case.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100.00 as to Count 4 of the Superseding Indictment.

IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid  In addition to the special conditions of supervision imposed above, IT IS HEREBY ORDERED that the general conditions of probation/supervised release set out on the reverse side be imposed.

SIGNED BY:
x  U.S. District Judge
__ U.S. Magistrate

DATE OF ENTRY
FEB 9 2001

CERTIFIED AS A TRUE COPY
ON THIS DATE _____

(Date) FEBRUARY 7, 2001    BY: _____ Deputy Clerk

__ Fee
__ Process
X  Dktd
__ CtRmDep
__ Doc.No.

GOVERNMENT EXHIBIT "2"

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** ROSAIOUS ANTOINE WHITE    **Case Number:** 053L 2 00CR00172-004N

**Name of Sentencing Judicial Officer:** Honorable Kurt D. Engelhardt

**Offense:** 18 U.S.C.922(g)(1) and 924(a)(2) - Felon in possession of a firearm

**Date of Sentence:** July 23, 2003 (Supervised Release Revocation)*

**Sentence:** 12 months in the custody of the Bureau of Prisons, followed by 12 months of supervised release.
*Original sentencing date - February 7, 2001.

**Special Conditions:**

1. Financial disclosure
2. Financial restriction
3. Orientation and life skills program
4. Drug testing/treatment
5. Search and seizure
6. Obtain General Equivalency Diploma (GED)
7. Satisfy $25.00 special assessment fee balance

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** June 25, 2004
**Assistant U.S. Attorney:** Michael Magner    **Defense Attorney:** Virginia Schlueter

---

### PETITIONING THE COURT

[ X ]  To issue a warrant                                      [  ]  To issue a summons

For the arrest of Rosaious Antoine White for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On June 28, 2004, White submitted a urinalysis to personnel of the U. S. Probation Office, which tested positive for opiates. White denies using any illegal substance, but admitted to taking medication prescribed to another inmate at the Volunteers of America Community Sanction Center (VOA/CSC). |
| | On August 2, 2004, White submitted a urinalysis to personnel of the Methodist Counseling Center, which tested positive for morphine. On August 5, 2004, White submitted a urinalysis to personnel of the Methodist Counseling Center, which tested positive for codeine and morphine. White admits to using drugs on each occasion. |
| Special Condition No. 4 | On July 16, July 20, July 21, August 4, September 23, September 28, September 29, September 30 and October 1, 2004, White failed |

Fee _____
Process _____
X  Dktd _____
X  CtRmDep ____
X  Doc. No. 139

DATE OF ENTRY
OCT 2 0 2004

to report for scheduled intensive group meetings at Family Services of Greater New Orleans. While also failed to report for unscheduled urinalyses testing at the Methodist Counseling Center on July 16, 20, 28, 29 and August 9, 2004.

Special Condition No. 6     White has not provided documentation that he has obtained his GED.

**CUSTODIAL STATUS :** None

_____
Michael E. Fulham
U.S. Probation Officer
October 13, 2004

REVIEWED BY:

_____
Stephanie H. Williams
Supervising U. S. Probation Officer

**THE COURT ORDERS**

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

Oct. 19, 2004
_____
Date

Address of Offender:    3401 Treasure
                        New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
    Original    - Clerk's Office
    1 Copy Certified   - U.S. Attorney
    1 Copy Certified   - U.S. Marshal's Office
    2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING