FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 19 PM 3: 40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| ROSAIOUS ANTOINE WHITE | * | |
| | * * * | |

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned

Assistant United States Attorney, and respectfully requests that William J. Quinlan, Jr. be substituted

for Michael W. Magner as counsel of record for the United States as Mr. Michael W. Magner is no

longer assigned to this case.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

WILLIAM J. QUINLAN, JR. (#22690)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B210
New Orleans, Louisiana 70130
Telephone: (504) 680-3028

DATE OF ENTRY

NOV 2 3 2004

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon <u>Bob Barnard, Assistant Federal Public Defender</u>, counsel for defendant Rosaious White, by hand delivery this **19th** day of November, 2004.

WILLIAM J. QUINLAN, JR.
Assistant United States Attorney

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *    CRIMINAL NO. 00-172

          v.                  *    SECTION: "N"

ROSAIOUS ANTOINE WHITE      *

                              *    *    *

## O R D E R

Considering the foregoing,

**IT IS HEREBY ORDERED** that in the above-captioned matter, William J. Quinlan, Jr. be

substituted for Michael W. Magner as counsel of record for the United States of America.

New Orleans, Louisiana, this 22nd day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE