U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 22  PM 2:20

LORETTA G. WHYTE
           CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| ROSAIOUS ANTOINE WHITE | * | |

\* \* \*

### MOTION TO SUPPLEMENT RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully represents:

On November 9, 2004, the government filed a Rule to Revoke Supervised Release in this matter as to the defendant, Rosaious White. Attached as Exhibit 2 to the Rule to Revoke Supervised Release was the Petition for Warrant for Offender under Supervision which set forth the manner in which the defendant had violated the terms and conditions of his supervised release.

On November 10, 2004, the government received a letter from the defendant's probation officer, Michael E. Fulham, setting forth additional violations committed by the defendant while on supervised release that were not included in Exhibit 2. The November 10, 2004 letter from Officer Fulham is attached as Exhibit 3. The government seeks to include the violations set forth

DATE OF ENTRY
NOV 29 2004

in Exhibit 3 to the violations previously set forth in Exhibit 2 of the Rule to Revoke Supervised Release for the defendant to show cause why his term of supervised release not be revoked.

**WHEREFORE**, the government prays that this Motion to Supplement Rule to Revoke Supervised Release be granted and ROSAIOUS ANTOINE WHITE be brought before this Court and a copy of this supplement to Rule be served upon him, and that he be ordered to show cause, if any he can, why the term of supervised release granted, should not be revoked for his failure to abide by the terms of said supervised release as set forth in Exhibits 2 and 3 to the Rule to Revoke Supervised Release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
WILLIAM J. QUINLAN, JR.
Assistant United States Attorney
Bar Roll No. 22600
Hale Boggs Federal Building
500 Poydras Street, Suite 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3028

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _____ day of _____, 20___.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-172 |
| v. | * | SECTION: "N" |
| ROSAIOUS ANTOINE WHITE | * | |

\* \* \*

## ORDER

Considering the foregoing Motion to Supplement Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the Government's Motion to Supplement Rule to Revoke Supervised Release is granted; and

**IT IS FURTHER ORDERED** that ROSAIOUS ANTOINE WHITE appear before this Court on the 15th day of December, 2004, at 9:30 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, to show cause, if any he can, why the term of supervised release granted to him should not be revoked for violating the terms and conditions of his supervised release as set forth in Exhibits 2 and 3 to the Rule to Revoke Supervised Release.

New Orleans, Louisiana, this 29th day of November, 2004.

UNITED STATES DISTRICT JUDGE

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| JILL N. BENOIT<br>CHIEF PROBATION OFFICER | EASTERN DISTRICT OF LOUISIANA<br>PROBATION OFFICE | 500 POYDRAS STREET, ROOM B-505<br>NEW ORLEANS, LOUISIANA 70130<br>(504)589-3200<br>Fax 504/589-3286 |

November 10, 2004

Mr. Jay Quinlan
Assistant U. S. Attorney
500 Poydras Street
Room B-210
New Orleans, Louisiana 70130

                    RE: **WHITE, Rosaious Antoine**
                         Dkt. No: 053L 2:00CR00172-004N
                         **INFORMATION**

Dear Mr. Quinlan:

As per our conversation on November 8, 2004, I am requesting that the following additional violations be added to the Rule to Show Cause Why Supervised Release Should Not Be Revoked:

> White violated a mandatory condition of supervised release as he submitted a urinalysis to personnel of the Methodist Counseling Center on October 12, 2004, which tested positive for morphine, codeine, and cocaine. White admitted to using heroin.
>
> White violated special condition #4 as he failed to report for scheduled intensive group meetings at Family Services of Greater New Orleans on October 8, and October 11, 2004.
>
> White violated special condition #4 as he failed to report for unscheduled urinalyses testing at the Methodist Counseling Center on October 8, 15, 19, 21, 22, 27, and November 3, 2004.

If additional information is needed, please do not hesitate to call me at 589-3239.

                                        Sincerely,

                                        Michael E. Fulham
                                        U. S. Probation Officer

MEF/tah

REVIEWED BY: _____
                Stephanie H. Williams
                Supervising U.S. Probation Officer

GOVERNMENT EXHIBIT "3"

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** ROSAIOUS ANTOINE WHITE  **Case Number :** 053L 2:00CR00172-004N

**Name of Sentencing Judicial Officer :** Honorable Kurt D. Engelhardt

**Offense :** 18 U.S.C.922(g)(1) and 924(a)(2) - Felon in possession of a firearm

**Date of Sentence :** July 23, 2003 (Supervised Release Revocation)*

**Sentence :** 12 months in the custody of the Bureau of Prisons, followed by 12 months of supervised release.
*Original sentencing date - February 7, 2001.

**Special Conditions :**

1. Financial disclosure
2. Financial restriction
3. Orientation and life skills program
4. Drug testing/treatment
5. Search and seizure
6. Obtain General Equivalency Diploma (GED)
7. Satisfy $25.00 special assessment fee balance

**Type of Supervision :** Supervised Release  **Date Supervision Commenced :** June 25, 2004
**Assistant U.S. Attorney :** Michael Magner  **Defense Attorney :** Virginia Schlueter

---

### PETITIONING THE COURT

[ X ] To issue a warrant  [ ] To issue a summons

For the arrest of Rosaious Antoine White for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On June 28, 2004, White submitted a urinalysis to personnel of the U. S. Probation Office, which tested positive for opiates. White denies using any illegal substance, but admitted to taking medication prescribed to another inmate at the Volunteers of America Community Sanction Center (VOA/CSC). |
| | On August 2, 2004, White submitted a urinalysis to personnel of the Methodist Counseling Center, which tested positive for morphine. On August 5, 2004, White submitted a urinalysis to personnel of the Methodist Counseling Center, which tested positive for codeine and morphine. White admits to using drugs on each occasion. |
| Special Condition No. 4 | On July 16, July 20, July 21, August 4, September 23, September 28, September 29, September 30 and October 1, 2004, White failed |

DATE OF ENTRY
OCT 20 2004

to report for scheduled intensive [...]up meetings at Family Services of Greater New Orleans. While a[...] failed to report for unscheduled urinalyses testing at the Methodist Counseling Center on July 16, 20, 28, 29 and August 9, 2004.

Special Condition No. 6        White has not provided documentation that he has obtained his GED.

**CUSTODIAL STATUS :  None**

_Michael E. Fulham_
Michael E. Fulham
U.S. Probation Officer
October 13, 2004

REVIEWED BY:

_Stephanie H. Williams_
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_
Oct. 19, 2004
Date

**CLERK'S OFFICE**
**A TRUE COPY**
OCT 2 0 2004
Clerk, U.S. District Court

Address of Offender:   3401 Treasure
                       New Orleans, LA 70126

**THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:**
   Original      - Clerk's Office
   1 Copy Certified   - U.S. Attorney
   1 Copy Certified   - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING